IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN ACCOUNTABILITY FOUNDATION, | ) ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Case No. 1:21-cv-1669 (RDM) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

## JOINT STATUS REPORT

Plaintiff American Accountability Foundation filed this lawsuit against the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), a component of the U.S. Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552. *See* Compl. at 1, ECF No. 1. The request at issue asks for "[c]opies of all complaints, grievances, requests for investigation, or investigatory documents related to employee misconduct, harassment, malfeasance, or other violations of the standards of professional conduct by or regarding Mr. David H. Chipman." *Id.* ¶ 16. When Plaintiff submitted the request, and when Plaintiff filed this lawsuit, Mr. Chipman was the pending nominee to serve as the Senate-confirmed Director of ATF.

On August 6, 2021, ATF filed its answer. *See* Def.'s Answer to Pl.'s Compl., ECF No. 8.

On August 13, 2021, the Court ordered the parties to confer and file a Joint Status Report ("JSR") that addressed "(1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the parties." *See* Aug. 13, 2021 Minute Order. The Court also

scheduled an Initial Scheduling Conference. *See id.*; *see also* Aug. 23, 2021 Minute Order (extending JSR deadline to September 21, 2021, and rescheduling the Initial Scheduling Conference for September 27, 2021).

The Parties have conferred and provide this update:

1. On September 9, 2021, the President withdrew Mr. Chipman's nomination to serve as the Senate-confirmed Director of ATF. *See Statement from the President on Withdrawal of David Chipman's Nomination to Lead ATF*, White House, https://www.whitehouse.gov/briefing-room/statements-releases/2021/09/09/statement-from-the-president-on-withdrawal-of-david-chipmans-nomination-to-lead-atf/ (Sept. 9, 2021).

2. The Parties are discussing the impact of the withdrawal on this case, including whether Plaintiff may ultimately decide to voluntarily dismiss this case.

3. In light of the Parties' ongoing discussions about the future of the case, they respectfully propose that they file another JSR by October 29, 2021, if the case has not already been dismissed. The Parties propose addressing in the October 29 JSR (1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the parties. Finally, the Parties respectfully request that the Court vacate the September 27 Initial Scheduling Conference and reschedule it for a date after October 29 that is convenient for the Court.

Dated: September 21, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460
Email: Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Buschbacher*
Michael Buschbacher
D.D.C. Bar No. 1048432
Boyden Gray & Associates
801 17th Street NW, Suite 350
Washington, DC 20006
(317) 513-0622
buschbacher@boydengrayassociates.com
*Attorney for the Plaintiff*

*/s/ Blake W. Meadows*
Blake W. Meadows (admitted *pro hac vice*)
Georgia Bar No. 569729
Travis W. Smith (admitted *pro hac vice*)
Georgia Bar No. 153045
Foster, Foster, & Smith, LLC
118 S. Main St.
Jonesboro, GA 30236
Phone: (770) 478-4000
bmeadows@fostersmith.law
tsmith@fostersmith.law
*Attorneys for the Plaintiff*