IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN ACCOUNTABILITY FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:21-cv-1669 (RDM) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT AND
<u>REQUEST TO VACATE NOVEMBER 5 INITIAL SCHEDULING CONFERENCE</u>**

Plaintiff American Accountability Foundation filed this lawsuit against the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), a component of the U.S. Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552. *See* Compl. at 1, ECF No. 1. The request at issue asks for "[c]opies of all complaints, grievances, requests for investigation, or investigatory documents related to employee misconduct, harassment, malfeasance, or other violations of the standards of professional conduct by or regarding Mr. David H. Chipman." *Id.* ¶ 16. When Plaintiff submitted the request, and when Plaintiff filed this lawsuit, Mr. Chipman was the pending nominee to serve as the Senate-confirmed Director of ATF.

Consistent with the Court's September 21, 2021 Minute Order, the Parties provide this update:

1.      On September 9, 2021, the President withdrew Mr. Chipman's nomination to serve as the Senate-confirmed Director of ATF. *See Statement from the President on Withdrawal*

1

*of David Chipman's Nomination to Lead ATF*, White House, https://www.whitehouse.gov/briefing-room/statements-releases/2021/09/09/statement-from-the-president-on-withdrawal-of-david-chipmans-nomination-to-lead-atf/ (Sept. 9, 2021).

2. The Parties continue to discuss the impact of the withdrawal on this case, including whether Plaintiff may ultimately decide to voluntarily dismiss this case. The Parties are actively exploring ways to resolve this case without the Court's involvement.

3. The Parties respectfully propose that they file another joint status report by January 31, 2021, if the case has not already been dismissed. In light of the Parties' ongoing discussions and efforts to resolve the case without the Court's intervention, the Parties respectfully request that the Court vacate the November 5 Initial Scheduling Conference.

Dated: October 28, 2021                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General

                                            MARCIA BERMAN
                                            Assistant Branch Director
                                            Federal Programs Branch

                                            */s/ Bradley Craigmyle*
                                            BRADLEY CRAIGMYLE
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W., Room 11216
                                            Washington, D.C. 20005
                                            Telephone: (202) 616-8101
                                            Facsimile: (202) 616-8460
                                            Email: Bradley.T.Craigmyle@usdoj.gov

                                            *Counsel for Defendant*

*/s/ Michael Buschbacher*                   */s/ Blake W. Meadows*

Michael Buschbacher
D.D.C. Bar No. 1048432
Boyden Gray & Associates
801 17th Street NW, Suite 350
Washington, DC 20006
(317) 513-0622
buschbacher@boydengrayassociates.com
*Attorney for the Plaintiff*

Blake W. Meadows (admitted *pro hac vice*)
Georgia Bar No. 569729
Travis W. Smith (admitted *pro hac vice*)
Georgia Bar No. 153045
Foster, Foster, & Smith, LLC
118 S. Main St.
Jonesboro, GA 30236
Phone: (770) 478-4000
bmeadows@fostersmith.law
tsmith@fostersmith.law
*Attorneys for the Plaintiff*