IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN ACCOUNTABILITY FOUNDATION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Case No. 1:21-cv-1669 (RDM) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) ) |  |
| Defendant. | ) ) |  |

**JOINT STATUS REPORT**

Plaintiff American Accountability Foundation filed this lawsuit against the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), a component of the U.S. Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552. *See* Compl. at 1, ECF No. 1. The request at issue asks for "[c]opies of all complaints, grievances, requests for investigation, or investigatory documents related to employee misconduct, harassment, malfeasance, or other violations of the standards of professional conduct by or regarding Mr. David H. Chipman." *Id.* ¶ 16. When Plaintiff submitted the request, and when Plaintiff filed this lawsuit, Mr. Chipman was the pending nominee to serve as the Senate-confirmed Director of ATF.

Consistent with the Court's October 29, 2021 Minute Order, the Parties provide this update:

1. On September 9, 2021, the President withdrew Mr. Chipman's nomination to serve as the Senate-confirmed Director of ATF. *See Statement from the President on Withdrawal of David Chipman's Nomination to Lead ATF*, White House,

https://www.whitehouse.gov/briefing-room/statements-releases/2021/09/09/statement-from-the-president-on-withdrawal-of-david-chipmans-nomination-to-lead-atf/ (Sept. 9, 2021).

2. The Parties are actively discussing settlement options with the hope of resolving this case without the Court's involvement.

3. The Parties respectfully propose that they file another joint status report by April 29, 2022, if the case has not already been dismissed.

Dated: January 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460
Email: Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Buschbacher*
Michael Buschbacher
D.D.C. Bar No. 1048432
Boyden Gray & Associates
801 17th Street NW, Suite 350
Washington, DC 20006
(317) 513-0622
buschbacher@boydengrayassociates.com
*Attorney for the Plaintiff*

*/s/ Blake W. Meadows*
Blake W. Meadows (admitted *pro hac vice*)
Georgia Bar No. 569729
Travis W. Smith (admitted *pro hac vice*)
Georgia Bar No. 153045
Foster, Foster, & Smith, LLC
118 S. Main St.
Jonesboro, GA 30236
Phone: (770) 478-4000
bmeadows@fostersmith.law
tsmith@fostersmith.law

2

*Attorneys for the Plaintiff*

3