IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACCOUNTABILITY FOUNDATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:21-cv-1669 (RDM) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**STIPULATION OF DISMISSAL**

The parties in this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that all of the claims of Plaintiff, American Accountability Foundation, against Defendant, Bureau of Alcohol, Tobacco, Firearms and Explosives, be dismissed, with prejudice and without interest or costs, and that all rights of appeal are waived.

Dated: March 14, 2022

Respectfully submitted,

/s/ *Michael Buschbacher*
Michael Buschbacher
    DDC Bar No. 1048432
Boyden Gray & Associates
801 17th Street NW, Suite 350
Washington, DC 20006
(317) 513-0622
buschbacher@boydengrayassociates.com

Blake W. Meadows
Georgia Bar No. 569729
Travis W. Smith
Georgia Bar No. 153045
Foster, Foster, & Smith, LLC
141 S. McDonough Street
Jonesboro, GA 30236

1

Phone: (770) 478-4000
Fax: (770) 478-8927
bmeadows@fostersmith.law
tsmith@fostersmith.law

*Attorneys for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/ *Daniel Riess*
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendant*